Paul M. Levine (007202)
Matthew A. Silverman (018919)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorney for: Secured Creditor,
IndyMac Federal Bank FSB, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re | ) Case No. 08-17597-CGC |
| | ) |
| | ) Chapter 13 |
| Gilbert Hernandez, | ) |
| Berenice Hernandez, | ) |
| | ) |
| Debtor(s). | ) OBJECTION TO CONFIRMATION OF |
| | ) CHAPTER 13 PLAN |
| | ) |
| | ) |
| | ) |
| | ) |

IndyMac Federal Bank FSB, its assignees and/or successors, and its servicing agent IndyMac Federal Bank FSB, ("Secured Creditor") in the above-entitled Bankruptcy proceeding submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtors") Gilbert Hernandez and Berenice Hernandez.

1. This objecting Secured Creditor holds first priority Deed of Trust on the subject property commonly known as 16642 North 169th Avenue, Surprise, AZ 85374. As of 12/05/2008, the amount in default was $17,251.98, representing (12) monthly payments, accrued late charges, advances, foreclosure fees and costs, and attorneys' fees and costs, described in the Proof of Claim filed by this Secured Creditor on or about . **See Exhibit "1".**

2. The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtor(s) exceeds a reasonable arrangement in light of Debtor's(s') past non-payment history. Debtor(s) do not allege in the Plan that any arrears are owed to Secured Creditor, while in fact the total arrears owed to Secured Creditor are $17,251.98 as set forth in the Proof of Claim. **See Exhibit "2".**. To cure the pre-petition arrearages of $17,251.98 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $287.53 per month from the Debtor(s) through the Plan. The proposed Plan calls for payments of $1,388.78 per month for 60 months through the Plan. Debtor(s) do not have sufficient funds available to cure the arrears through the Plan, as set forth in Debtor's(s') Schedules I and J. Clearly Debtors' Plan is not feasible. **See Exhibit "3".**

3. Further, the proposed Amended Plan alleges that the value of the property is $0.00 without proof or substantial evidence supporting this valuation. Based upon the BPO for the area, this property is valued at $129,000.00. A true and correct copy of the BPO is attached hereto as **Exhibit "4"**.

4. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor(s) shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. The Debtor(s) filed the Petition on or about 12/05/2008, and has not made <u>any</u> payments to Secured Creditor. As such, the Plan cannot be confirmed.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | <u>CONCLUSION</u> |
| 2 | Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the |
| 3 | Objections specified above in order to be reasonable and to comply with applicable provisions of |
| 4 | the Bankruptcy Code.  Secured Creditor respectfully requests that confirmation of the Chapter 13 |
| 5 | Plan as proposed by the Debtor(s) be denied, or in the alternative, be amended to provide for full |
| 6 | payoff of the arrearages owed to Secured Creditor. |

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Dated:   January 5, 2009          **McCarthy ◆ Holthus ◆ Levine**

By: /s/ Matthew A. Silverman
    Paul M. Levine
    Matthew A. Silverman
    3636 North Central Avenue
    Suite 1050
    Phoenix, AZ  85012
    Attorneys for Movant

| | |
|---|---|
| 1 | On January 5, 2009, I served the foregoing documents described as **OBJECTION TO** |
| 2 | **CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by electronic means |
| 3 | through the Court's ECF program: |

COUNSEL FOR DEBTOR(S)
Joseph W. Charles
attyjcharles@joecharles.com

TRUSTEE
Russell A. Brown
ecfmailclient@ch13bk.com

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Darco Turcu

On January 5, 2009, I served the foregoing documents described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**, on the following individuals by placing true copies thereof enclosed in sealed envelopes addressed as follows:

DEBTOR(S)
Gilbert Hernandez
Berenice Hernandez
16740 West Tether Trail
Surprise, AZ 85387

SPECIAL NOTICE
RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 SE 2ND AVE #1120,
MIAMI, FL 33131

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Nancy Yang