```
 1  JOSEPH W. CHARLES, P.C.
    5704 West Palmaire Avenue
 2  P.O. Box 1737
    Glendale, Arizona 85311-1737
 3  623-939-6546

 4  JOSEPH W. CHARLES, #003038
    Attorneys for Debtor(s)
 5
```

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| In re: | ) Chapter 13 Proceedings |
|---|---|
| | ) Case No.: 2:08-bk-17597 CGC |
| GILBERT HERNANDEZ, | ) OBJECTION TO TOYOTA |
| BERENICE HERNANDEZ | ) MOTORS' MOTION FOR STAY |
| Debtors, | ) RELIEF |

COME NOW the debtors, GILBERT HERNANDEZ and BERENICE HERNANDEZ, by and through their attorneys undersigned hereby respond and object to Movant, Toyota Motor Credit Corporation's Automatic Stay.

Granting of the Lift Stay in this matter is not necessary as the Debtors will amend their Plan to provide for adequate protection payments and will provide the lender with the requested proof of insurance. The subject vehicle was listed in Debtor's Schedules but was omitted from paying adequate protection and monthly payments through the plan due to a clerical error.

RESPECTFULLY SUBMITTED this 19th day of March 2009.

JOSEPH W. CHARLES, P.C.

|     | /s/ Joseph W. Charles |
| --- | --- |
| 1   | Joseph W. Charles |
| 2   | 5704 W. Palmaire Avenue |
|     | P.O. Box 1737 |
| 3   | Glendale, AZ 85311 |
|     | Attorneys for Debtors |

COPY of the foregoing
Mailed this 19th day of
March 2009, to:

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, AZ 85012
Chapter 13 Trustee

Alan Levinsky
Buchalter Nemer
16435 North Scottsdale Rd, Suite 440
Scottsdale, AZ 85254-1754
Attorney for Movant

By: K. Atchison