**SO ORDERED.**

**Dated: March 19, 2009**



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | Alan M. Levinsky (SBN: 006702) |
| 2 | **BUCHALTER NEMER** 16435 North Scottsdale Road, Suite 440 Scottsdale, AZ 85254-1754 |
| 3 | Telephone: (480) 383-1800 Facsimile: (480) 824-9400 |
| 4 | Email: alevinsky@buchalter.com |
| 5 | Attorneys for Movant |

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In re:

GILBERT HERNANDEZ and
BERENICE HERNANDEZ,

        Debtor(s),

TOYOTA MOTOR CREDIT CORPORATION,

        Movant,

vs.

GILBERT HERNANDEZ and
BERENICE HERNANDEZ
RUSSELL BROWN, Trustee,

        Respondent(s).

**Chapter 13**

**No. 2:08-bk-17597 CGC**

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

This matter coming before this Court pursuant to the Motion of Secured Creditor, TOYOTA MOTOR CREDIT CORPORATION, to lift the automatic stay with respect to the Estate's and to the Debtors' interest in the property described as a 2006 TOYOTA SEQUOIA, VIN: 5TDZT34AX6S283385, and the Court finding that relief should issue, hereby orders as follows:

T2321.0260 BN 2663580v1

1      IT IS ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C. § 524 are lifted and vacated with respect to both the Estate's and the Debtors' interest in the property described above.

     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Movant can immediately take possession of the property as described above without having to wait ten days as otherwise required under Rule 7062 and/or Rule 4001. However, sale or other disposition of the property cannot take place until ten days after the date of this Order.

     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order is binding in the event that this matter is converted to another Chapter.

DATED this _____ day of _____, 2009.

                                               U.S. Bankruptcy Judge

Copy of the foregoing mailed this
_25th_ day of February, 2009, to the following:

Gilbert Hernandez
Berenice Hernandez
16740 W. Tether Trail
Surprise, Arizona 85387
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Trustee

/s/ Cathy C. Bohnsack_____