FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

GILBERT HERNANDEZ
16740 W. TETHER TRAIL
SURPRISE, AZ 85387
**SSAN:** xxx–xx–4325
**EIN:**

BERENICE HERNANDEZ
fka BERENICE OLMEDO QUEZADA
16740 W. TETHER TRAIL
SURPRISE, AZ 85387
**SSAN:** xxx–xx–5137
**EIN:**

Debtor(s)

Case No.: 2:08–bk–17597–CGC

Chapter: 13

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on March 20, 2009, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: March 20, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**