JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:   (623) 939-6718
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>GILBERT HERNANDEZ and<br>BERENICE HERNANDEZ,<br><br>Debtor(s). | Case No. 2:08-bk-17597 CGC<br><br>Chapter 13 |
| FIRST FRANKLIN FINANCIAL CORP.<br><br>Movant,<br><br>vs.<br><br>GILBERT HERNANDEZ and<br>BERENICE HERNANDEZ, Debtor(s),<br>and RUSSELL BROWN, Trustee<br><br>Respondents. | RESPONSE TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>16740 W. Tether Trl<br>Surprise, AZ 85387 |

COME NOW the Debtor, GILBERT HERNANDEZ and BERENICE HERNANDEZ, by and through his counsel undersigned, and hereby responds and

1

objects to Movant First Franklin Financial Corporation's relief from the Automatic Stay, state as follows:

1. Debtor denies that he is delinquent in the amount stated in Movant's <u>Motion for Relief From the Automatic Stay.</u>

2. Debtor is currently in negotiations with Movant regarding a loan modification.

Debtors respectfully requests that the Movants Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this __29th__ day of June, 2009.

JOSEPH W. CHARLES, P.C.

By __/s/ Joseph W. Charles__
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtor(s)

| | |
|---|---|
| 1 | COPY of the foregoing |
| 2 | mailed this __29__ day of June, 2009, to: |
| 3 | |
| 4 | Tiffany & Bosco, PA<br>Mark S. Bosco, Esq. |
| 5 | Leonard J. McDonald, Esq.<br>2525 East Camelback Road, 3rd Fl. |
| 6 | Phoenix AZ 85016<br>Attorneys for Movant |
| 7 | |
| 8 | Russell Brown<br>3838 N. Central Ave., Suite 800 |
| 9 | Phoenix, AZ 85012<br>Chapter 13 Trustee |
| 10 | |
| 11 | Office of the US Trustee<br>230 North First Ave, Suite 204 |
| 12 | Phoenix AZ 85003 |
| 13 | |
| 14 | By: __/s/ P.Poniatowski__ |