# TIFFANY & BOSCO

### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-14720/1044899452

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-17597-CGC |
| Gilbert Hernandez and Berenice Hernandez | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |

U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A. as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates

Secured Creditor,
vs.

Gilbert Hernandez and Berenice Hernandez, Debtors; Russell A. Brown, Trustee.

Respondents.

U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates, a secured creditor, by its attorneys, TIFFANY &

BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1.      The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates, pursuant to the proof of claim in the amount of $487.45. Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2.      The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 2nd day of July, 2009.

                                    Respectfully submitted,

                                    TIFFANY & BOSCO, P.A.


                                    BY    /s/ MSB # 010167
                                         Mark S. Bosco
                                         Leonard J. McDonald
                                         Attorneys for Secured Creditor

///

COPY of the foregoing mailed
July 2, 2009 to:

Gilbert Hernandez and Berenice Hernandez
16740 W. Tether Trail
Surprise, AZ 85387
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee

By: Ismael G. Solano