| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ARIZONA | | **PROOF OF CLAIM 13** |
|---|---|---|
| Name of Debtor<br>**Gilbert Hernandez and Berenice Hernandez** | Case Number<br>**2:08-bk-17597-CGC** | *(This space for court use)* |
| NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.. | | |
| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Name & address where notices and payments should be sent:<br>Home Loan Services, Inc.<br>P. O. Box 1838, Attn: Foreclosure Dept.<br>Pittsburgh, PA 15230-1838 | | |
| Account or other number by which creditor identifies debtor: 1044899452 / 09-14720 | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated | |

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
X Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (FILL OUT BELOW)
Your Social Security #_____-_____-_____
Unpaid compensation for services performed from
   (date)_____To_____(date)

**2. Date debt was incurred:** June 27, 2007      **3. If court judgment, date obtained:**

**4. Total amount of claim at time case filed:** $66,901.19
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
X Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral:
X Real Estate   ☐ Motor Vehicle
☐ Other

Amount of arrearages and other charges <u>at time case filed</u> included in secured claim, if any:

$ 487.45*
* Arrearages, as set forth in Schedule "A" attached.
Plus accruing interest, late charges,

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $
*Specify the priority of the claim:*
☐ Wages, salaries, or commissions up to **$4,650*** earned within 90 days before filing of the bankruptcy petition, or cessation of the debtor=s business, whichever is earlier- 11 U.S.C.§507(a)(3)
☐ Contributions to an employee benefit plan.- 11 U.S.C. § 507(a)(4)
☐ Up to **$2,100*** of deposits toward purchase, lease or rental of property Or services for personal, family or household use- 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)
☐ OTHER-Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
***Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment.**

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting documents:** *Attach copies of supporting documents,* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

*(This space for court use)*

**Date:** June 23, 2009      /S/MSB#010167_____
                             Mark S. Bosco
                             TIFFANY & BOSCO, P.A. counsel for creditor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Gilbert Hernandez
CASE NO: 2:08-bk-17597-CGC

## SCHEDULE "A"

PRINCIPAL BALANCE $66,901.19

ARREARAGES

| | |
|---|---|
| Late Charges | $287.45 |
| Bankruptcy Attorney Fees | $200.00 |
| TOTAL* | $487.45 |

*TOTAL GOOD THROUGH December 05, 2008

***NOTE: THE TOTAL DEBT IS THE SUM OF THE ARREARAGES AND THE PRINCIPAL BALANCE, LESS ANY PORTION OF THE ARREARAGES WHICH UNDER THE TERMS OF THE LOAN WOULD BE APPLIED AS A REDUCTION OF THE PRINCIPAL.