# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| Debtor: | GILBERT & BERENICE HERNANDEZ |
| Case Number: | 2:08-BK-17597-CGC    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 13, 2009 01:30 PM   6TH FLOOR #601 |
| Bankruptcy Judge: | CHARLES G. CASE II |
| Courtroom Clerk: | RHONDA VAUGHAN |
| Reporter / ECR: | AIDA URBALEJO |

## *Matter:*

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 16740 W. TETHER TRAIL, SURPRISE, AZ 85387 FILED BY MARK 6 BOSCO OF TIFFANY & BOSCO ON BEHALF OF C/O MARK S. BOSCO FIRST FRANKLIN FINANCIAL CORPORATION .

R / M #:   50 / 0

## *Appearances:*

JOSEPH W. CHARLES, ATTORNEY FOR BERENICE HERNANDEZ, GILBERT HERNANDEZ
LEONARD MCDONALD, ATTORNEY FOR FIRST FRANKLIN FINANCIAL CORP.

## *Proceedings:*

Mr. McDonald advises he sent a proposed stipulation to Mr. Charles;  Mr. Charles requests a continued hearing.

COURT:  IT IS ORDERED CONTINUING THE HEARING TO SEPTEMBER 10, 2009 AT 1:30 P.M. SUBJECT TO DEBTOR MAKING A PAYMENT IN THE AMOUNT OF $1882.47.