# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | GILBERT & BERENICE HERNANDEZ |
| **Case Number:** | 2:08-BK-17597-CGC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 10, 2009 01:30 PM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | AIDA URBALEJO |

## Matter:

CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 16740 W. TETHER TRAIL, SURPRISE, AZ 85387 FILED BY MARK 6 BOSCO OF TIFFANY & BOSCO ON BEHALF OF C/O MARK S. BOSCO FIRST FRANKLIN FINANCIAL CORPORATION .

**R / M #:**   50 / 0

## Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR BERENICE  HERNANDEZ, GILBERT  HERNANDEZ
LEONARD J. MCDONALD, ATTORNEY FOR FIRST FRANKLIN FINANCIAL CORP.

## Proceedings:

Counsel request the preliminary hearing be continued for 30 days.

CLERK:   THE PRELIMINARY HEARINGIS CONTINUED TO OCTOBER 15, 2009 AT 1:30 P.M.