# BUSINESS OPERATING STATEMENT

Gilbert Hernandez
and
Berenice Hernandez

Chapter 13
Case No. 08-17597-PHX CGC

Finacial Report for December of 2008

**1. INCOME**

| | |
|---|---|
| Gross Business Receipts | $23,875.00 |
| Sales Taxes Collected | $0.00 |
| **TOTAL INCOME** | **$23,875.00** |

**2. COST AND EXPENSES**

| | |
|---|---|
| *Advertising | $0.00 |
| *Auto Fuel & Operation | $1,098.34 |
| Bad Debts & Collection Costs (noncash basis) | $0.00 |
| Commissions & Bonuses | $0.00 |
| *Debt Installments (do not incl. the plan payment): | |
| (a) Get Loaded (Internet Load Board) | $35.00 |
| (b) | $0.00 |
| (c) | $0.00 |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $0.00 |
| (b) Retirement | $0.00 |
| (c) Other | $0.00 |
| *Insurance Premiums (fire, theft, liability, etc.) | $0.00 |
| Legal & Accounting | $0.00 |
| *Maintenance & Repairs | $102.15 |
| *Materials & Supplies | $80.12 |
| *Office Supplies | $120.80 |
| *Other Business Expenses (itemize): | |
| Sub-Contracted Drivers | $17,318.00 |
| IFTA Fuel Taxes | $279.47 |
| Phoenix Capital Group (Factoring Co.) | $269.25 |
| Postage & Shipping | $0.00 |
| *Rent or Lease Expense (U-Haul Parking Rental) | $150.50 |
| Returns & Allowances | $0.00 |
| Salaries & Wages | $0.00 |
| (gross, do not incl. owner's salary) | |
| Taxes: | |
| Employer's FICA (social security) contributions | $0.00 |
| Sales Taxes | $0.00 |
| Unemployment Taxes | $0.00 |
| *Telephone & Utilities | $370.00 |
| Worker's Compensation Insurance | $0.00 |
| **TOTAL COST AND EXPENSES** | **$19,823.63** |

**3. NET INCOME (LOSS).**
(Subtract Total Cost & Expenses [2] from Total Income [1])    $4,051.37

FILED
OCT 06 2009
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

I / We declare under penalty of perjury that the information provided is true and correct to the best of my / our knowledge, information and belief.

Dated: January 1st of 2009

_____         _____
Gilbert Hernandez              Berenice Hernandez

10/07/2009

# *Financial Notes*

1. **IFTA Fuel Tax** charges are every 90 days.
2. "Verizon" includes (**Telephone & Utilities**) Cell phones, and Laptop Internet card. Normal monthly charges are: $230.00.
3. Fax line, business phone line and office internet service. Normal monthly charges are: $140.00. Also included in (**Telephone & Utilities**).
4. **U-Haul** charges every 28 days, so some months it will be a double charge and others there will be no charge. U-Haul is where we store our commercial vehicle and it's trailer.
5. "**Sub-Contracted Drivers**" means all loads that are paid to other companies for hauling our company freight. All check stub records are on file to verify monthly totals.
6. **Insurance Premiums** include monthly payment and down payments, when applicable.
7. "**Get Loaded**" is an internet load board used to find loads on the internet.
8. **Owners Salary** is 75% of Net Income. Note: the remaining 25% is meant to be kept in reserve for emergency repairs, maintenance, fuel, permits, scales, tolls, and general business operating costs.
9. **Advertising** includes: Business cards, company decals, flyers, etc.
10. **Phoenix Capital Group** is a factoring company. My billing invoices are sold to this company for a percentage of the total bill in order to receive my payment immediately.

**Financial Note:** This is a trucking business and must have some kind of reserve in order to function properly. This business is at the mercy of America's highways and flat tires and/or breakdowns are not an uncommon occurrence. So a reserve balance must be kept in order to accommodate these types of situations.

**Additional Note:** All amounts are based on company records, bank statements and/or retail receipts. All records are available upon request.

## *Additional Note*

     To whom this may concern, I understand that these Business Operating Statements are late, due to our misunderstanding the need to submit these reports. Our attorney has made us completely aware of the need to file these reports, and so we are currently in the process of getting them filled out in order to send them to your office as soon as possible.

     Please know that the other reports (Jan. 09-Sept. 09), will be sent out shortly. We appreciate your understanding and patience with us in this matter, and thank you ahead of time for allowing us to submit these BOS's at such a late date.

Respectfully,
Gilbert Hernandez
Berenice Hernandez