**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14736 / 1044899447

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:08-bk-17597-CGC |
|---|---|
| Gilbert Hernandez and Berenice Hernandez | Chapter 13 |
| | NOTICE OF LODGING ORDER |
| Debtors. | |

    First Franklin Financial Corporation, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging Order Regarding Motion for Relief, a copy of which is attached hereto as Exhibit "A".

    DATED this 19th day of October, 2009.

                                                Respectfully submitted,

                                                TIFFANY & BOSCO, P.A.

                                                BY  /s/ MSB # 010167
                                                        Mark S. Bosco
                                                        Leonard J. McDonald
                                                         Attorneys for Movant

| | |
|---|---|
| 1 | Copies of the foregoing mailed this |
| 2 | 19th day of October, 2009, to: |
| 3 | Gilbert Hernandez and Berenice Hernandez |
| | 16740 W. Tether Trail |
| 4 | Surprise AZ 85387 |
| | Debtors |
| 5 | |
| 6 | Joseph W. Charles |
| | P.O. Box 1737 |
| 7 | Glendale AZ 85311-1737 |
| | Attorney for Debtors |
| 8 | |
| 9 | Russell A. Brown |
| | 3838 N. Central Ave Suite 800 |
| | Phoenix, AZ  85012-1965 |
| 10 | Trustee |
| 11 | |
| 12 | Home Loan Services, Inc. |
| | P. O. Box 1838 Attn: Foreclosure Dept. |
| 13 | Pittsburgh PA 15230-1838 |
| | Movant |
| 14 | |
| 15 | By:  Wendy A. Van Luven |