# BUSINESS OPERATING STATEMENT

Gilbert Hernandez
and
Berenice Hernandez

Chapter 13
Case No. 08-17597-PHX CGC

Finacial Report for ___July___ of _2009_

## 1. INCOME

| | | |
|---|---|---|
| Gross Business Receipts | $33,450.00 | |
| Sales Taxes Collected | $0.00 | |
| **TOTAL INCOME** | | **$33,450.00** |

## 2. COST AND EXPENSES

| | |
|---|---|
| Advertising | $0.00 |
| *Auto Fuel & Operation | $3,143.24 |
| Bad Debts & Collection Costs (noncash basis) | $0.00 |
| Commissions & Bonuses | $0.00 |
| *Debt Installments (do not incl. the plan payment): | |
|   (a) Get Loaded (Internet Load Board) | $45.00 |
|   (b) | $0.00 |
|   (c) | $0.00 |
| Employee Benefits: | |
|   (a) Hospitalization & Medical | $0.00 |
|   (b) Retirement | $0.00 |
|   (c) Other | $0.00 |
| *Insurance Premiums (fire, theft, liability, etc.) | $610.64 |
| Legal & Accounting | $0.00 |
| *Maintenance & Repairs | $436.87 |
| *Materials & Supplies | $565.28 |
| *Office Supplies | $0.00 |
| Other Business Expenses (itemize): | |
|   Sub-Contracted Drivers | $19,160.50 |
|   IFTA Fuel Taxes | $232.00 |
|   Phoenix Capital Group (Factoring Co.) | $1,003.50 |
| Postage and Shipping | $0.00 |
| *Rent or Lease Expense (U-Haul Parking Rental) | $75.32 |
| Returns & Allowances | $0.00 |
| Salaries & Wages | $0.00 |
|   (gross, do not incl. owner's salary) | |
| Taxes: | |
|   Employer's FICA (social security) contributions | $0.00 |
|   Sales Taxes | $0.00 |
|   Unemployment Taxes | $0.00 |
| *Telephone & Utilities | $390.00 |
| Worker's Compensation Insurance | $0.00 |
| **TOTAL COST AND EXPENSES** | **$25,662.35** |

## 3. NET INCOME (LOSS).

(Subtract Total Cost & Expenses [2] from Total Income [1])   $7,787.65

I / We declare under penalty of perjury that the information provided is true and correct to the best of my / our knowledge, information and belief.

Dated:  __August 1st__ of __2009__

_/s/ Gilbert Hernandez_
Gilbert Hernandez

_/s/ Berenice Hernandez_
Berenice Hernandez

FILED
NOV 17 2009
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

11/18/2009

# *Financial Notes*

1. **IFTA Fuel Tax** charges are every 90 days.
2. "Verizon" includes (**Telephone & Utilities**) Cell phones, and Laptop Internet card. Normal monthly charges are: $230.00.
3. Fax line, business phone line and office internet service. Normal monthly charges are: $160.00. Also included in (**Telephone & Utilities**).
4. **U-Haul** charges every 28 days, so some months it will be a double charge and others there will be no charge. U-Haul is where we store our commercial vehicle and it's trailer.
5. "**Sub-Contracted Drivers**" means all loads that are paid to other companies for hauling our company freight. All check stub records are on file to verify monthly totals.
6. **Insurance Premiums** include monthly payment and down payments, when applicable.
7. "**Get Loaded**" is an internet load board used to find loads on the internet.
8. **Owners Salary** is 75% of Net Income. Note: the remaining 25% is meant to be kept in reserve for emergency repairs, maintenance, fuel, permits, scales, tolls, and general business operating costs.
9. **Advertising** includes: Business cards, company decals, flyers, etc.
10. **Phoenix Capital Group** is a factoring company. My billing invoices are sold to this company for a percentage of the total bill in order to receive my payment immediately.

**Financial Note:** This is a trucking business and must have some kind of reserve in order to function properly. This business is at the mercy of America's highways and flat tires and/or breakdowns are not an uncommon occurrence. So a reserve balance must be kept in order to accommodate these types of situations.

**Additional Note:** All amounts are based on company records, bank statements and/or retail receipts. All records are available upon request.

11/18/2009