**TIFFANY & BOSCO**
P.A.

**Dated: January 04, 2010**



2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14736 / 1044899447

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gilbert Hernandez and Berenice Hernandez<br>       Debtors.<br>_____<br>First Franklin Financial Corporation<br><br>       Movant,<br>vs.<br><br>Gilbert Hernandez and Berenice Hernandez,<br>Debtors; Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:08-bk-17597-CGC<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

      Pursuant to the Order entered on October 26, 2009, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

      The Debtors have failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, First Franklin Financial Corporation and First Franklin Financial Corporation may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 16740 W. Tether Trail Surprise, AZ 85387 ("Property" herein) and legally described as:

LOT 72, OF DESERT OASIS OF SURPRISE PARCEL B5, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 666 OF MAPS, PAGE 7, EXCEPTING ALL THE COAL AND OTHER MINERALS AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED First Franklin Financial Corporation and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this _____ day of _____, 2009.

_____

UNITED STATES BANKRUPTCY JUDGE

**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

Dated: October 26, 2009

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14736/1044899447

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gilbert Hernandez and Berenice Hernandez<br>        Debtors.<br>_____<br>First Franklin Financial Corporation<br><br>        Movant,<br>    vs.<br><br>Gilbert Hernandez and Berenice Hernandez,<br>Debtors; Russell A. Brown, Trustee.<br><br>        Respondents. | No. 2:08-bk-17597-CGC<br><br>Chapter 13<br><br>(Related to Docket #50)<br><br>**ORDER REGARDING**<br>**MOTION FOR RELIEF** |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein Gilbert Hernandez and Berenice Hernandez, are designated as trustors and First Franklin Financial Corporation is the current beneficiary,

which Deed of Trust encumbers the following described real property:

> LOT 72, OF DESERT OASIS OF SURPRISE PARCEL B5, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 666 OF MAPS, PAGE 7, EXCEPTING ALL THE COAL AND OTHER MINERALS AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 6 Monthly Payments(s) at $1,882.47 | $11,294.82 |
| (April 1, 2009 - September 1, 2009) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($1,310.16) |
| Total | $10,884.66 |

1. The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,814.11 shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the November 15, 2009 payment and continuing throughout and concluding on or before March 15, 2010. The sixth final payment in the amount of $1,814.11 shall be paid on or before April 15, 2010.

2. The Debtor shall tender the October 1, 2009 post petition payment on or before October 22, 2009.

3. In addition to the payment listed in Paragraph 1, the Debtor, will make the regular post-petition payment due for November 1, 2009, which shall be made when due, and all subsequent payments shall be made when due .

IT IS FURTHER ORDERED that First Franklin Financial Corporation as the current beneficiary under the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this ORDER are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its

discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:08-bk-17597-CGC is dismissed, either voluntary or involuntary, for any reason, this ORDER will become null and void and First Franklin Financial Corporation, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated. |
| 2 | DATED this _____ day of 2009. |
| 3 | |
| 4 | |
| 5 | _____<br>JUDGE OF THE U.S. BANKRUPTCY COURT |

# Notice Recipients

District/Off: 0970–2    User: manningja    Date Created: 10/27/2009
Case: 2:08–bk–17597–CGC    Form ID: pdf004    Total: 5

**Recipients of Notice of Electronic Filing:**
tr      RUSSELL BROWN

        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      GILBERT HERNANDEZ      16740 W. TETHER TRAIL      SURPRISE, AZ 85387
jdb     BERENICE HERNANDEZ     16740 W. TETHER TRAIL      SURPRISE, AZ 85387
cr      C/O Mark S. Bosco First Franklin Financial Corporation      TIFFANY &BOSCO, P.A.      2525 E. CAMELBACK RD.      SUITE 300      ESPLANADE II      PHOENIX, AZ 85016
aty     JOSEPH W. CHARLES      PO BOX 1737      GLENDALE, AZ 85311–1737

        TOTAL: 4

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:  Case No.: 2:08−bk−17597−CGC

GILBERT HERNANDEZ  Chapter: 13
16740 W. TETHER TRAIL
SURPRISE, AZ 85387
**SSAN:** xxx−xx−4325
**EIN:**

BERENICE HERNANDEZ
fka BERENICE OLMEDO QUEZADA
16740 W. TETHER TRAIL
SURPRISE, AZ 85387
**SSAN:** xxx−xx−5137
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on October 27, 2009, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: October 27, 2009**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

# Notice Recipients

District/Off: 0970–2   User: manningja   Date Created: 10/27/2009
Case: 2:08–bk–17597–CGC   Form ID: ntcntry   Total: 5

**Recipients of Notice of Electronic Filing:**
tr   RUSSELL BROWN

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   GILBERT HERNANDEZ   16740 W. TETHER TRAIL   SURPRISE, AZ 85387
jdb   BERENICE HERNANDEZ   16740 W. TETHER TRAIL   SURPRISE, AZ 85387
cr   C/O Mark S. Bosco First Franklin Financial Corporation   TIFFANY &BOSCO, P.A.   2525 E. CAMELBACK RD.   SUITE 300   ESPLANADE II   PHOENIX, AZ 85016
aty   JOSEPH W. CHARLES   PO BOX 1737   GLENDALE, AZ 85311–1737

    TOTAL: 4

Exhibit "B"

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14736/1044899447

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Gilbert Hernandez and Berenice Hernandez<br>          Debtors.<br>_____<br>First Franklin Financial Corporation<br><br>          Movant,<br>  vs.<br><br>Gilbert Hernandez and Berenice Hernandez,<br>Debtors; Russell A. Brown, Trustee.<br><br>          Respondents. | No. 2:08-bk-17597-CGC<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>16740 W. Tether Trl.<br>Surprise, AZ 85387 |

      First Franklin Financial Corporation secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

      1.     An Order was entered on October 26, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

> *LOT 72, OF DESERT OASIS OF SURPRISE PARCEL B5, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 666 OF MAPS, PAGE 7, EXCEPTING ALL THE COAL AND OTHER MINERALS AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA.*

A Copy of said Order is attached hereto as Exhibit "A".

2.  As of the date of this Notice of Default, the Debtors are not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---:|
| 1 Monthly Payments(s) at $1,882.47 | $1,882.47 |
| (October 1, 2009 - October 1, 2009) | |
| 1 Monthly Payments(s) at $2,417.66 | $2,417.66 |
| (November 1, 2009 - November 1, 2009) | |
| 1 Monthly Payments(s) at $2,417.66 | $2,417.66 |
| (December 1, 2009 - December 1, 2009) | |
| 1 Stipulated Payments(s) at $1,814.11 | $1,814.11 |
| (November 15, 2009 - November 15, 2009) | |
| Attorneys Fees | $150.00 |
| Accrued Late Fees | $173.90 |
| Total | $8,855.80 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

4.  Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-

…

…

…

described Deed of Trust.

DATED this 8th day of December, 2009.

                                      TIFFANY & BOSCO, P.A.

                                      By  /s/ MSB # 010167
                                              Mark S. Bosco
                                              Leonard J. McDonald
                                              2525 East Camelback Road
                                              Suite 300
                                              Phoenix, Arizona 850165
                                              Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.

SO ORDERED.

# TIFFANY & BOSCO
### P.A.

Dated: October 26, 2009

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14736/1044899447

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gilbert Hernandez and Berenice Hernandez<br>Debtors.<br>_____<br>First Franklin Financial Corporation<br><br>Movant,<br>vs.<br><br>Gilbert Hernandez and Berenice Hernandez,<br>Debtors; Russell A. Brown, Trustee.<br><br>Respondents. | No. 2:08-bk-17597-CGC<br><br>Chapter 13<br><br>(Related to Docket #50)<br><br>**ORDER REGARDING**<br>**MOTION FOR RELIEF** |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein Gilbert Hernandez and Berenice Hernandez, are designated as trustors and First Franklin Financial Corporation is the current beneficiary,

which Deed of Trust encumbers the following described real property:

> LOT 72, OF DESERT OASIS OF SURPRISE PARCEL B5, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 666 OF MAPS, PAGE 7, EXCEPTING ALL THE COAL AND OTHER MINERALS AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 6 Monthly Payments(s) at $1,882.47 <br> (April 1, 2009 - September 1, 2009) | $11,294.82 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($1,310.16) |
| Total | $10,884.66 |

1. The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,814.11 shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the November 15, 2009 payment and continuing throughout and concluding on or before March 15, 2010. The sixth final payment in the amount of $1,814.11 shall be paid on or before April 15, 2010.

2. The Debtor shall tender the October 1, 2009 post petition payment on or before October 22, 2009.

3. In addition to the payment listed in Paragraph 1, the Debtor, will make the regular post-petition payment due for November 1, 2009, which shall be made when due, and all subsequent payments shall be made when due .

IT IS FURTHER ORDERED that First Franklin Financial Corporation as the current beneficiary under the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this ORDER are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its

discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:08-bk-17597-CGC is dismissed, either voluntary or involuntary, for any reason, this ORDER will become null and void and First Franklin Financial Corporation, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

1  IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

2  DATED this _____ day of 2009.

         _____
         JUDGE OF THE U.S. BANKRUPTCY COURT

# Notice Recipients

District/Off: 0970−2     User: manningja     Date Created: 10/27/2009
Case: 2:08−bk−17597−CGC     Form ID: pdf004     Total: 5

**Recipients of Notice of Electronic Filing:**
tr     RUSSELL BROWN

                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     GILBERT HERNANDEZ     16740 W. TETHER TRAIL     SURPRISE, AZ 85387
jdb     BERENICE HERNANDEZ     16740 W. TETHER TRAIL     SURPRISE, AZ 85387
cr     C/O Mark S. Bosco First Franklin Financial Corporation     TIFFANY &BOSCO, P.A.     2525 E. CAMELBACK RD.     SUITE 300     ESPLANADE II     PHOENIX, AZ 85016
aty     JOSEPH W. CHARLES     PO BOX 1737     GLENDALE, AZ 85311−1737

                               TOTAL: 4

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:08–bk–17597–CGC |
| GILBERT HERNANDEZ<br>16740 W. TETHER TRAIL<br>SURPRISE, AZ 85387<br>**SSAN:** xxx–xx–4325<br>**EIN:** | Chapter: 13 |
| BERENICE HERNANDEZ<br>fka BERENICE OLMEDO QUEZADA<br>16740 W. TETHER TRAIL<br>SURPRISE, AZ 85387<br>**SSAN:** xxx–xx–5137<br>**EIN:** | |
| Debtor(s) | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on October 27, 2009, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: October 27, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# Notice Recipients

District/Off: 0970–2    User: manningja    Date Created: 10/27/2009
Case: 2:08–bk–17597–CGC    Form ID: ntcntry    Total: 5

**Recipients of Notice of Electronic Filing:**
tr      RUSSELL BROWN

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      GILBERT HERNANDEZ       16740 W. TETHER TRAIL       SURPRISE, AZ 85387
jdb     BERENICE HERNANDEZ      16740 W. TETHER TRAIL       SURPRISE, AZ 85387
cr      C/O Mark S. Bosco First Franklin Financial Corporation      TIFFANY &BOSCO, P.A.      2525 E. CAMELBACK RD.      SUITE 300      ESPLANADE II      PHOENIX, AZ 85016
aty     JOSEPH W. CHARLES       PO BOX 1737       GLENDALE, AZ 85311–1737

    TOTAL: 4