| | |
|---|---|
| 1 | **JOSEPH W. CHARLES, P.C.**<br>**5704 West Palmaire Avenue** |
| 2 | **P.O. Box 1737**<br>**Glendale, Arizona 85311-1737** |
| 3 | **623-939-6546**<br>LawOffice@JoeCharles.com |
| 4 | |
| 5 | JOSEPH W. CHARLES, #003038<br>Attorneys for Debtor(s) |

### IN THE UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| GILBERT HERNANDEZ and | ) | Case No. 2:08-bk-19597-CGC |
| BERENICE HERNANDEZ, | ) | |
| | ) | |
| Debtors, | ) | MOTION TO EXTEND |
| | ) | DEADLINE TO COMPLY |
| | ) | WITH TRUSTEE |
| | ) | RECOMMENDATIONS |
| _____ | ) | |

    COME NOW, the Debtors, by and through counsel undersigned, and hereby Motion this Court for an extension of the deadline to July 1, 2010 in order to comply with the Trustee's Recommendations.

    The Trustee requires that the objections to the plan be resolved. One of the objections to the plan is made by U.S. Bank who has a second mortgage that is not secured by any value in the home. Debtors have filed a Motion to strip the lien on the second mortgage. This Motion will take some time to resolve and thus an extension is required.

    Debtors believe that they fully can comply with the Trustee Recommendations within that time period.

1

RESPECTFULLY SUBMITTED, this 24th day of May, 2010

JOSEPH W. CHARLES, P.C.

*/s/ Joseph W. Charles*
Joseph W. Charles
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this
24th day of May, 2010 to:

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85067-3970
Chapter 13 Trustee

 /s/ S. Borek