**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**623-939-6546**
**LawOffice@joecharles.com**

JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

### IN THE UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 Proceeding |
| ) | |
| GILBERT HERNANDEZ and ) | Case No.  2:08-BK-17597-CGC |
| BERENICE HERNANDEZ ) | |
| ) | **NOTICE OF LODGING PROPOSED** |
| Debtors. ) | **FORM OF ORDER** |
| _____ ) | |

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Arizona, the proposed form of Order attached hereto as **Exhibit "A"** was lodged with the United States Bankruptcy Court this 24th day of May, 2010.

**JOSEPH W. CHARLES, P.C.**


By____/s/ Joseph W. Charles_____
    **JOSEPH W. CHARLES**
    Attorney for Debtor

COPIES of the foregoing mailed on
May 24, 2010 to:

United States Trustee
230 North First Avenue, Ste 204
Phoenix AZ  85003-1706


Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85067-3970
Chapter 13 Trustee


/s/ C. Short