**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: 623-939-6546**
**Fax: 623-939-6718**
**Email: LawOffice@joecharles.com**

JOSEPH W. CHARLES, #003038
HARRY J. LENABURG, #005733
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| GILBERT HERNANDEZ and | ) | |
| BERENICE HERNANDEZ | ) | Case No. 2:08-bk-17597-CGC |
| | ) | |
| Debtor. | ) | **ORDER GRANTING EXTENSION** |
| | ) | **OF TIME TO COMPLY WITH** |
| | ) | **TRUSTEE'S RECOMMENDATIONS** |
| _____ | ) | |

Pursuant to Debtors Motion for Extension of Time to Comply with Trustee's Recommendations, and good cause appearing,

IT IS HEREBY ORDERED that an extension of the deadline to comply with the Trustee's Recommendations is hereby granted until July 1, 2010.

DONE IN OPEN COURT this _____ day of _____, 2010.

_____
Honorable Charles G. Case II
United States Bankruptcy Court