JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: (623) 939-6546
Fax: (623) 939-6718
Email: lawoffice@joecharles.com

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

GILBERT HERNANDEZ and
BERENICE HERNANDEZ,

           Debtors.

Chapter 13 Proceedings

Case No. 2:08-bk-17597-CGC

**AMENDED NOTICE OF FILING MOTION FOR VALUATION OF REAL PROPERTY AND AVOIDANCE OF UNSECURED JUNIOR TRUST LIEN**

*(Assigned to Honorable Charles G. Case II)*

**TO DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), the Debtors have filed a Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed in the above-referenced Chapter 13 proceeding.

Any objection or response to the Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtors'

- 1 -

attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed is filed within twenty-three (23) days of the date of service of this Notice of Filing Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed, Debtors' request for dismissal may be granted without a hearing, upon the Debtors filing a certificate of service and no objection.

JOSEPH W. CHARLES, P.C.

By: /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Attorney for Debtors

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this 27th day of
May, 2010, to:

All parties listed on the Master Mailing Matrix

Brian T. Moynihan
Bank of America Corporate Center
100 N. Tryon Street
Charlotte, NC
President and CEO of Bank of America

Richard K. Davis
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
President and CEO of Bancorp

  /s/    C. Short