# TIFFANY & BOSCO
## P.A.

2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-14720

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gilbert Hernandez and Berenice Hernandez<br><br>      Debtors.<br>_____<br>U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates<br>      Secured Creditor,<br>  vs.<br><br>Gilbert Hernandez and Berenice Hernandez, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:08-bk-17597-CGC<br><br>Chapter 13<br><br>LIMITED OPPOSITION TO MOTION FOR VALUATION OF REAL PROPERTY AND AVOIDANCE OF UNSECURED JUNIOR TRUST DEED<br><br>RE: Real Property Located at<br>16740 W. Tether Trail<br>Surprise, AZ 85387 |

      U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates, a secured creditor, by its attorneys, TIFFANY &

BOSCO, P.A., hereby files a limited Opposition to the Motion For Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed for the following reasons:

1. Secured Creditor does not oppose the relief sought by the Debtors as long as there is language in the subsequent order confirming the Chapter 13 Plan noting that the subject lien is avoided, and/or extinguished, only upon the completion of the Debtors Chapter 13 plan and they receive a discharge.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan resolving the issues stated above.

DATED this 14th day of July, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
July 14, 2010 to:

Gilbert Hernandez and Berenice Hernandez
16740 W. Tether Trail
Surprise, AZ 85387
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee

By: Julie Bush